UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED
NOV 14 AM 11: ??

THOMAS M. ??
CLERK, U.S. D??  COURT
W/D OF T??

Ruthie D. Grayson
_____

(Name of plaintiff or plaintiffs)

v.   CIVIL ACTION NO._____

Walgreens
_____

(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, Ruthie D. Grayson
(name of plaintiff)

is a citizen of the United States and resides at 635 Withers
(street address)

Memphis            United States        Tennessee
(city)               (country)              (state)

38104                                  901.250.9475
(zip code)                           (telephone number)

Revised 4-18-08

3. Defendant **Walgreens** (defendant's name) lives at, or its business is located at **1359 Poplar Avenue, Memphis, TN 38104** (street address)

4. Plaintiff sought employment from the defendant or was employed by the defendant at **1130 S. Bellevue / 1359 Poplar Avenue** (street address)

   (city) **Memphis**  (country) **United States**  (state) **TN**  (zip code) **38106 / 38104**

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about **May  20  2011**
   (day) (month) (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about **N/A**
   (day) (month) (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about **May  23  2011**
   (day) (month) (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on **10  04  2011**. (Attach a copy of the notice to this complaint.)
   (day) (month) (year)

9. Because of plaintiff's (1) **X** race, (2) ___ color, (3) **X** sex, (4) ___ religion, (5) ___ national origin, defendant **and**

   (a) ___ failed to employ plaintiff.
   (b) **X** terminated plaintiff's employment.
   (c) ___ failed to promote plaintiff.
   (d) **Retaliation**

10. The circumstances under which defendant discriminated against plaintiff were as follows: Plantiff filed an internal complaint against a white male pharmacist after he referred to plantiff as stupid, dumb, ignorant and something is wrong with her brain. White male pharmacist also called plantiff out of her name, which was "Dammit". Defendents transferred plantiff then terminated her employment after 30 days upon transfer. Plantiff was discharged from employed based on "gross mis-conduct" after asking administrative assistant about her missing paycheck. Plantiff did not commit an act of gross mis-conduct. Company still allowed white male pharmacist to stay employed after committing an act of discrimination against plantiff.

11. The acts set forth in paragraph 9 of this complaint

    (a) ____ are still being committed by defendant.

    (b) ____ are no longer being committed by defendant.

    (c) _X_ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    (a) ____ Defendant be directed to employ plaintiff, or

    (b) ____ Defendant be directed to re-employ plaintiff, or

    (c) ____ Defendant be directed to promote plaintiff, or;

    (d) _X_ Defendant be directed to compensate plantiff for both compensatory and punitive damages. Also give a formal apology for retaliation actions.

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13. I would like to have my case tried by a jury. Yes (X) No ( )

_Ruthie Grayson_
SIGNATURE OF PLAINTIFF

Revised 4-18-08