# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

| | |
|---|---|
| RUTHIE D. GRAYSON,<br>Plaintiff, | JUDGMENT IN CIVIL CASE |
| V. | CASE No. 2:11cv3013 dkv |
| WALGREEN CO.,<br>Defendant | |

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJOURNED** in accordance with the Order Granting Motion for Summary Judgment, entered on December 20, 2012, this cause is dismissed with prejudice.


**APPROVED:**

s/Diane K. Vescovo
**DIANE K. VESCOVO**
**UNITED STATES MAGISTRATE JUDGE**


Date: December 27, 2012

s/Thomas M. Gould
**Clerk of Court**


s/Chris Sowell
**(By)Deputy Clerk**